## (January 15, 1974)

In the Matter of the Estate of MARK ROTHKO, Deceased. MORTON LEVINE et al., as Coexecutors of MARK ROTHKO, Deceased, et al., Respondents. MARK ROTHKO FOUNDATION, INC., Appellant.— Decree of the Surrogate's Court, New York County, entered January 5, 1973, so far as appealed from, unanimously affirmed. Respondents Kate Rothko, Barbara Northrup, as guardian

of Christopher Rothko, and Morton Levine shall recover $60 costs and disbursements of respondent-appellant the Mark Rothko Foundation, Inc. Concur — Kupferman, J. P., Murphy and Lane, JJ.; Capozzoli, J., dissents in part solely to the extent that he would award costs and disbursements to all parties filing separate briefs payable out of the estate of Mark Rothko, deceased. [71 Misc 2d 74.]